FILED - GR
January 28, 2009 10:48 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: FHW/

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SOLOMON HAKEEM JOHNSON,
SALVATORE RAHEEM LOUIS, and
EMMANULE DAVON DAVIS,

    Defendants.
_____/

No.: 1:09-MJ- 06

MOTION TO SEAL

Now comes the United States of America by Donald A. Davis, United States Attorney for the Western District of Michigan, and Timothy P. VerHey, Assistant United States Attorney, and moves this court to seal the Complaint, Affidavit, Arrest Warrants and this Motion to Seal in the above entitled case in order that the execution of the arrest warrants be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendants are advised of these proceedings, arrested, the investigation is completed, or further order of this court.

    Respectfully submitted,

    DONALD A. DAVIS
    United States Attorney

Dated: January 28, 2009

_____
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208

IT IS SO ORDERED.

Dated: January 28, 2009

_____
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge
United States District Court