AO 245B (Rev. 09/08)- Judgment in a Criminal Case
Judgment – Page 2
Defendant: SALVATORE RAHEEM LOUIS
Case Number: 1:09-cr-29

**FILED - GR**
April 6, 2010 10:39 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ald___/_____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Eighty-Four (84) Months**.

: The Court makes the following recommendations to the Bureau of Prisons:

1) It is recommended that defendant be provided with drug assessment and counseling as needed.
2) It is recommended that defendant be afforded all educational and vocational opportunities he may be entitled.
3) It is recommended that defendant be incarcerated in Michigan.

: The defendant is remanded to the custody of the United States Marshal.
9 The Defendant shall surrender to the United States Marshal for this district:
   9 at _____ on _____ __.
   9 as notified by the United States Marshal.

9 The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   9 before 2:00 P.M. on _____.
   9 as notified by the United States Marshal.
   9 as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __3-18-10__ to __USP McCreary__
at __Pine Knot Ky__, with a certified copy of this judgment.

_Eric Wilson warden_
United States Marshal

By: _____
Deputy U.S. Marshal